AO 91 (Rev. 11/11)  Criminal Complaint

LODGED
CLERK, U.S. DISTRICT COURT
10/12/21
CENTRAL DISTRICT OF CALIFORNIA
BY: RO  DEPUTY

# UNITED STATES DISTRICT COURT
for the
Central District of California

FILED
CLERK, U.S. DISTRICT COURT
10/12/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: D. Brown  DEPUTY

UNITED STATES OF AMERICA,  )
v.  )
BRIAN BROWN,  )   Case No.  5:21-MJ-00630-DUTY
  )
  )
  )
  )
*Defendant(s)*

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __March 4, 2021__ in the county of __Riverside__ in the __Central__ District of __California__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in Possession of a Firearm and Ammunition |

This criminal complaint is based on these facts:
Please see attached affidavit.

☑ Continued on the attached sheet.

/s/ pursuant to Fed. R. Crim. P. 4.1
*Complainant's signature*

FBI Task Force Officer, Christopher Angelo
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: October 12, 2021

*Judge's signature*

City and state: Riverside, CA

Honorable Kenly Kiya Kato, U.S. Magistrate Judge
*Printed name and title*

AUSA: John A. Balla (x6246)

**AFFIDAVIT**

I, Christopher Angelo, being duly sworn, declare and state as follows:

## I. INTRODUCTION

1. I am a Task Force Officer ("TFO") with the Federal Bureau of Investigation ("FBI") and have been so employed since March 20, 2014. I am designated as an FBI TFO as a part of my normal duties as a Sheriff's Deputy with the Riverside County Sheriff's Department ("RCSD") and have been employed as a Sheriff's Deputy since October 22, 2000. I am a law enforcement officer of the United States within the meaning of 18 U.S.C. § 2510(7), and, as such, I am empowered by law to conduct investigations and make arrests for the offenses enumerated within the United States Code.

2. I have over 20 years of law enforcement experience. I am presently assigned as a Task Force Officer with the FBI, and I am cross-sworn federally with the U.S. Marshals Service. I have conducted follow-up investigations for felon in possession of a firearm and made arrests and/or presented cases to the district attorney's office for numerous crimes including the crime in this case. I have testified in court numerous times on various offenses, including preliminary hearings, motion hearings, and jury trials.

3. Prior to this assignment, I was assigned to RCSD's Patrol Division and Special Enforcement Team. In those assignments, I conducted proactive enforcement activities and worked closely with detectives and investigators from other

agencies in the investigations of reported and suspected crimes. I conducted surveillances, worked with informants, participated in undercover operations, participated in searches and compliance checks, wiretap investigations and was the investigating case agent or co-case-agent on various and numerous investigations, including felons in possession of firearms.

4. I have investigated and made arrests for felon in possession of firearm cases during my tenure with RSO. I have also spoken with and interviewed people who were suspected of, or admitted to, possession of firearms through field contacts, interviews, and arrests.

5. I have basic, intermediate and advance P.O.S.T. certificates with the State of California.

## II. **PURPOSE OF AFFIDAVIT**

6. This affidavit is made in support of a criminal complaint and arrest warrant for Brian BROWN for a violation of 18 U.S.C. § 922(g)(1) (Felon in Possession of a Firearm and Ammunition).

7. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and arrest warrant and does not purport to set forth all of my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and

statements described in this affidavit are related in substance and in part only.

## IV. STATEMENT OF PROBABLE CAUSE

### A. RCSD Arrests BROWN on a Warrant and Discovers Guns in His Car

8. I reviewed an Incident Reports and body cam footage from RCSD, and I learned the following:

    a. On March 4, 2021, at about 2:30 a.m., RCSD Deputy Leach approached an occupied Mercedes parked in a residential neighborhood in Moreno Valley, California. Deputy Leach contacted the sole occupant who immediately identified himself as BROWN. BROWN said that the Mercedes and another vehicle parked in front of it were his. BROWN said that he had been drinking and that he was waiting for a friend.

    b. Deputy Leach asked for BROWN's driver's license, and BROWN provided it. Deputy Leach then returned to his patrol vehicle to run a records check. The check revealed that BROWN had an outstanding misdemeanor arrest warrant for failing to register as a sex offender.

    c. Deputy Leach returned to BROWN's Mercedes and asked him to step outside. Deputy Leach's partner, Deputy Chavez, then asked BROWN if Deputy Leach could search his vehicle. BROWN said that he didn't want him to, but that he could.

    d. Deputy Leach began searching the Mercedes and found, inside the center console, a Bersa, Model Firestorm, .380

3

caliber pistol, bearing serial number J36377, loaded with seven rounds of ammunition in the seated magazine.

  e. Deputy Leach then returned to BROWN and Deputy Chavez, at which point BROWN tried to run from the deputies. The deputies caught up to him and tackled him about ten feet away. They searched his pockets and found $1,965 cash.

  f. Once BROWN was detained, Deputy Leach continued searching the Mercedes. He found various credit and debit cards and other documents bearing BROWN's name inside the car. He also found a jar that contained three separate bags of marijuana collectively weighing about 12 grams. Finally, he found a cup that smelled of alcohol in a cupholder and an open bottle of Hennessey liquor on the passenger's seat.

  g. Deputy Chavez searched the Mercedes's trunk and found a black rifle bearing no serial number or other identifying markings (commonly called a "ghost gun") and an unseated 30-round magazine loaded with 16 rounds of ammunition. He also found two boxes of additional ammunition containing about 48 rounds.

  h. After the search, the Mercedes was impounded and stored.

  **B.** **BROWN's Criminal History**

9. I reviewed court documents from some of BROWN's previous convictions, and I learned that he has sustained at least the following felony convictions:

  a. On or about July 18, 2002, in case number RIF103029 in the Superior Court of the State of California,

4

County of Riverside, for a violation of California Health & Safety Code Section 11351.5, Possess or Purchase Cocaine for Sale, for which he was sentenced to 10 years' imprisonment after application of various enhancements; and

  b. On or about April 20, 2017, in case number RIF1602990 in the Superior Court of the State of California, County of Riverside, for violations of California Penal Code Section 288(c)(1), Lewd Act with a Child under 14/15 Years Old—Defendant 10 Years Older, and two counts of Penal Code Section 261.5(d) Unlawful Intercourse by Person Over 21, for which he was sentenced to 4 years' imprisonment, 1 year imprisonment, and 2 years' imprisonment.

  **C.** **Interstate Nexus**

 10. FBI Special Agent Dewey Stover, an interstate nexus expert, examined the handgun and all of the ammunition seized in this case. He determined that they were all manufactured outside the State of California.

///

///

## III. **CONCLUSION**

11. For all the reasons described above, there is probable cause to believe that BROWN has committed a violation of 18 U.S.C. § 922(g)(1) (Felon in Possession of a Firearm and Ammunition).

Attested to by the applicant in
accordance with the requirements
of Fed. R. Crim. P. 4.1 by
telephone on this 12th day of
October, 2021.

_____
HONORABLE KENLY KIYA KATO
UNITED STATES MAGISTRATE JUDGE